IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| KRISHAN DILLARD, | § | |
| | § | No. 479, 2024 |
| Defendant Below, | § | |
| Appellant, | § | Court Below–Superior Court |
| | § | of the State of Delaware |
| v. | § | |
| | § | Cr. ID No. 1411003111 (N) |
| STATE OF DELAWARE, | § | |
| | § | |
| Appellee. | § | |

Submitted: January 21, 2025
Decided: March 20, 2025

Before **SEITZ**, Chief Justice; **VALIHURA** and **TRAYNOR**, Justices.

## **ORDER**

After consideration of the appellant's opening brief, the State of Delaware's motion to affirm, and the Superior Court record, we find it evident that the judgment below should be affirmed on the basis of and for the reasons cited by the Superior Court in its order denying the appellant's motion for correction of illegal sentence.[1]

NOW, THEREFORE, IT IS ORDERED that the State's motion to affirm be GRANTED and the judgment of the Superior Court be AFFIRMED.

BY THE COURT:

*/s/ Karen L. Valihura*
Justice

---

[1] *State v. Dillard*, 2024 WL 4812009 (Del. Super. Ct. Oct. 29, 2024) (corrected Nov. 8, 2024).